IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA

IN RE:                                        )        Chapter 13
    Richard B. Fox - Only                   )        Number 23-40246
        Debtor(s)                        )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Fox (Last)   Richard (First)   B. (MI)

**Joint Debtor Name:** _____ (Last)   _____ (First)   _____ (MI)

**Previous Address:** 108 Rogers Drive

Rincon (City)   Ga (State)   31326 (Zip Code)

**New Address:** 650 Summer Hill Way

Richmond Hill (City)   Ga (State)   31324 (Zip Code)

This 20th day of February, 2024.

By: /s/ Judson C. Hill

Judson C. Hill (Name)   Attorney for Debtor (Title)

1020 Drayton Street (Address)

Savvannah (City)   Ga (State)   31401 (Zip Code)

912-232-0203 (Telephone)   354277 (Bar ID)